**2002–2137.   Common Cause/Ohio v. Ohio Elections Comm.**
Franklin App. Nos. 02AP–439, 02AP–440 and 02AP–441, 150 Ohio App.3d 31, 2002-Ohio-5965. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant Chamber of Commerce of the United States' application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.
    RESNICK and COOK, JJ., not participating.

**2003–0579.   State ex rel. Green v. Indus. Comm.**
Franklin App. No. 02AP–394, 2003-Ohio-1180. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,
    IT IS ORDERED by the court that the application for dismissal be, and hereby is, granted.
    ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.

[Cite as *05/14/2003 Case Announcements,* 2003-Ohio-2382.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*May 14, 2003*

## MOTION AND PROCEDURAL RULINGS

**1999–2248.   State v. Lynch.**
Hamilton C.P. No. B–9804522. On motion to vacate death sentence pursuant to *Atkins v. Virginia* (2002), 536 U.S. 304, 122 S.Ct. 2242, 153 L.Ed.2d 335. Motion denied.
    LUNDBERG STRATTON, J., concurs and notes that the 180-day rule must still be complied with in the lower court.

[Cite as *05/15/2003 Case Announcements,* 2003-Ohio-2446.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS
*May 15, 2003*

## MOTIONS AND PROCEDURAL RULINGS

**2002–0247.   State ex rel. Mahoney v. Team America 3, Inc.**
Franklin App. No. 01AP–374. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the motion of amicus curiae, American Subcontractors Association, to participate in oral argument scheduled for June 4, 2003,
    IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellants.

## MISCELLANEOUS DISMISSALS